1  Ethan D. Thomas, Bar No. 12874
   edthomas@littler.com
2  Michael D. Dissinger, Bar No. 15208
   mdissinger@littler.com
3  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
4  Suite 300
   Las Vegas, Nevada  89169.5937
5  Telephone:     702.862.8800
   Fax No.:        702.862.8811
6
   Attorneys for Defendant
7  FIDELITY WORKPLACE SERVICES LLC
   (erroneously named in the Complaint as Fidelity
8  Investments Institutional Operations Co.)

9
                    **UNITED STATES DISTRICT COURT**
10
                       **DISTRICT OF NEVADA**
11

12
   ROBERT W. FERNANDES, an individual,        Case No. 2:22-cv-01037-MMD-EJY
13
                     Plaintiff,               **STIPULATION TO EXTEND TIME FOR**
14                                            **PLAINTIFF TO FILE RESPONSE TO**
             v.                               **MOTION TO DISMISS (ECF NO. 8)**
15
   FIDELITY INVESTMENTS INSTITUTIONAL         **[FIRST REQUEST]**
16 OPERATIONS CO, conducting business in the
   State of Nevada and DOES and ROES I through
17 X, inclusive,

18                   Defendants.

19

20        Plaintiff ROBERT W. FERNANDES ("Plaintiff") and Defendant FIDELITY WORKPLACE

21 SERVICES   LLC,   erroneously   named   in   the   Complaint   as   FIDELITY   INVESTMENTS

22 INSTITUTIONAL OPERATIONS CO. ("Defendant"), hereby agree and stipulate to extend the time

23 for Plaintiff to file a response to the Motion to Dismiss (ECF No. 8) by ten (10) days from the current

24 deadline of August 5, 2022, up to and including **August 15, 2022.**

25

26

27

28

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas  NV  89169.5937
702.862.8800

The requested extension is necessary to permit Plaintiff additional time to review the appropriate response to the Motion to Dismiss. This is the first request for an extension of time for Plaintiff to respond to the Motion to Dismiss (ECF No. 8).

///

This request is made in good faith and not for the purpose of delay.

Dated: August 4, 2022                        Dated: August 4, 2022

Respectfully submitted,                       Respectfully submitted,


ROBERT W. FERNANDES                    /s/   Michael D. Dissinger
                                              ETHAN D. THOMAS, ESQ.
Plaintiff, pro se                             MICHAEL D. DISSINGER, ESQ.
                                              LITTLER MENDELSON, P.C.

                                              Attorneys for Defendant
                                              FIDELITY WORKPLACE SERVICES LLC
                                              (erroneously named in the Complaint as Fidelity
                                              Investments Institutional Operations Co.)


**IT IS SO ORDERED.**

Dated:   August 8, 2022


UNITED STATES ~~MAGISTRATE~~ JUDGE