1  Ethan D. Thomas, Bar No. 12874
   edthomas@littler.com
2  Michael D. Dissinger, Bar No. 15208
   mdissinger@littler.com
3  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
4  Suite 300
   Las Vegas, Nevada  89169.5937
5  Telephone:     702.862.8800
   Fax No.:        702.862.8811
6
   Attorneys for Defendant
7  FIDELITY WORKPLACE SERVICES LLC
   (erroneously named in the Complaint as Fidelity
8  Investments Institutional Operations Co.)

9                        **UNITED STATES DISTRICT COURT**

10                            **DISTRICT OF NEVADA**

11

12

13  ROBERT W. FERNANDES, an individual,          Case No. 2:22-cv-01037-MMD-EJY

                      Plaintiff,               **STIPULATION AND ORDER TO**
14                                             **DISMISS ENTIRE ACTION WITHOUT**
         v.                                    **PREJUDICE**
15
    FIDELITY INVESTMENTS INSTITUTIONAL
16  OPERATIONS CO, conducting business in the
    State of Nevada and DOES and ROES I through
17  X, inclusive,

18                      Defendants.

19

20       **STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE**

21          Plaintiff, ROBERT W. FERNANDES ("Plaintiff"), and Defendant, FIDELITY

22  WORKPLACE SERVICES LLC, named in the Complaint as FIDELITY INVESTMENTS

23  INSTITUTIONAL OPERATIONS CO. ("Defendant") (collectively the "Parties"), hereby stipulate

24  and agree to the dismissal of the above-captioned action, in its entirety, without prejudice.

25  / / /

26  / / /

27  / / /

28  / / /

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas  NV  89169.5937
702.862.8800

///

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: August 10, 2022

ROBERT W. FERNANDES

/s/ _Robert W. Fernandes_

Robert W. Fernandes
6245 Mighty Flotilla Avenue
Las Vegas, Nevada 89113
rwflv@yahoo.com
*Pro Se Plaintiff*

Dated: August 10, 2022

LITTLER MENDELSON, P.C.

/s/ _Michael D. Dissinger_

Ethan D. Thomas, Esq., Bar No. 12874
Michael D. Dissinger, Esq., Bar No. 15208
*Attorneys for Defendant, FIDELITY WORKPLACE SERVICES LLC (erroneously named in the Complaint as Fidelity Investments Institutional Operations Co.)*

**ORDER**

**IT IS SO ORDERED.**

Dated: August 10, 2022

UNITED STATES DISTRICT JUDGE